FILED

JUL 30 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JESSICA BELEN EDEZA,<br><br>    Defendant. | Case No.: 21CR1947-TWR<br><br>**ORDER AND JUDGMENT TO DISMISS THE INFORMATION WITHOUT PREJUDICE; ORDER TO EXONERATE BOND** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that: (1) the INFORMATION in the above-entitled case be dismissed without prejudice; and (2) the bond in this case be exonerated.

IT IS SO ORDERED.

DATED: JULY 29, 2021

_____
HONORABLE TODD W. ROBINSON
United States District Judge